IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No.: 08-578 (JJF) **CLASS ACTION** |
| HARRIS STRATEX NETWORKS, INC., GUY M. CAMPBELL, HARALD J. BRAUN, SARAH A. DUDASH, HOWARD L. LANCE and SCOTT T. MIKUEN, | ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

| | | |
|---|---|---|
| KAREN DUTTON, Individually and on Behalf of all Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No.: 08-755 (JJF) **CLASS ACTION** |
| HARRIS STRATEX NETWORKS, INC., GUY M. CAMPBELL, HARALD J. BRAUN, SARAH A. DUDASH, HOWARD L. LANCE AND SCOTT T. MIKUEN, | ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

| | | |
|---|---|---|
| JACK KLEINMANN, Individually and on Behalf of all Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>HARRIS STRATEX NETWORKS, INC., GUY M. CAMPBELL, HARALD J. BRAUN, SARAH A. DUDASH, HOWARD L. LANCE AND SCOTT T. MIKUEN,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No.: 08-815 (JJF)<br>**CLASS ACTION** |

**NOTICE OF MOTION OF DULUTH TEACHERS' RETIREMENT FUND ASSOCIATION TO: (1) CONSOLIDATE THE RELATED SECURITIES CLASS ACTIONS; (2) APPOINT DULUTH TEACHERS' RETIREMENT FUND ASSOCIATION AS LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF MOVANT'S CHOICE OF CO-LEAD AND LIAISON COUNSEL**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Duluth Teachers' Retirement Fund Association ("DTRFA") requests that its Motion for: (1) Consolidation of the Related Securities Class Actions; (2) Appointment of Lead Plaintiff; and (3) Approval of Lead Plaintiff's Choice of Co-Lead and Liaison Counsel be heard on December 19, 2008 at 2:00 p.m. before the Honorable Joseph J. Farnan, Jr.

Dated: November 14, 2008

MORRIS JAMES LLP

_____
Edward M. McNally (#614)
Matthew F. Lintner (#4371)
Corinne Elise Amato (#4982)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
emcnally@morrisjames.com
mlintner@morrisjames.com
camato@morrisjames.com

*Proposed Liaison Counsel for Duluth Teachers' Retirement Fund Association*

Richard A. Lockridge, Esquire
Karen H. Riebel, Esquire
Elizabeth R. Odette, Esquire
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900
ralockridge@locklaw.com
khriebel@locklaw.com
erodette@locklaw.com

Frederic S. Fox, Esquire
Joel B. Strauss, Esquire
Jeffrey P. Campisi, Esquire
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, NY 10022
(212) 687-1980
ffox@kaplanfox.com
jstrauss@kaplanfox.com
jcampisi@kaplanfox.com

*Proposed Co-Lead Counsel for Duluth Teachers' Retirement Fund Association*