## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated,  ) ) ) ) | |
| Plaintiff,  ) ) ) | |
| v.  ) ) | C.A. No.: 08-578 (JJF) **CLASS ACTION** |
| HARRIS STRATEX NETWORKS, INC., GUY M. CAMPBELL, HARALD J. BRAUN, SARAH A. DUDASH, HOWARD L.LANCE and SCOTT T. MIKUEN,  ) ) ) ) ) | |
| Defendants.  ) ) ) ) | |

NORFOLK COUNTY RETIREMENT
SYSTEM, Individually and on Behalf of all
Others Similarly Situated,

      Plaintiff,

      v.

HARRIS STRATEX NETWORKS, INC., GUY
M. CAMPBELL, HARALD J. BRAUN,
SARAH A. DUDASH, HOWARD L.LANCE
and SCOTT T. MIKUEN,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No.: 08-578 (JJF)
**CLASS ACTION**

—————————————————

KAREN DUTTON, Individually and on
Behalf of all Others Similarly Situated,

      Plaintiff,

      v.

HARRIS STRATEX NETWORKS, INC., GUY
M. CAMPBELL, HARALD J. BRAUN,
SARAH A. DUDASH, HOWARD L.LANCE
AND SCOTT T. MIKUEN,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No.: 08-755 (JJF)
**CLASS ACTION**

—————————————————

|  |  |  |
|---|---|---|
| JACK KLEINMANN, Individually and on Behalf of all Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No.: 08-815 (JJF) **CLASS ACTION** |
| HARRIS STRATEX NETWORKS, INC., GUY M. CAMPBELL, HARALD J. BRAUN, SARAH A. DUDASH, HOWARD L.LANCE AND SCOTT T. MIKUEN, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## AFFIDAVIT OF MATTHEW F. LINTNER

STATE OF DELAWARE          )
                                          SS
COUNTY OF NEW CASTLE   )

The undersigned, Matthew F. Lintner, having been first duly sworn, deposes and states the following:

I am a partner at the law firm of Morris James LLP and am admitted to the bar of this State and am in good standing.  I respectfully submit this Affidavit in support of the Motion of the Duluth Teachers' Retirement Fund Association ("DTRFA") for: (1) Consolidation of the Related Securities Class Actions; (2) Appointment as Lead Plaintiff; and (3) Approval of Lead Plaintiff's choice of Co-Lead and Liaison Counsel.

Attached hereto are true and correct copies of the following documents:

Exhibit A, Certification of DTRFA, dated November 12, 2008;

Exhibit B, Chart of DTFRA Losses;

2

Exhibit C, September 15, 2008, Notice of Pendency of Class Action Lawsuit against Harris Stratex Networks Inc. *et al.* for violation of certain provisions of the federal securities laws;

Exhibit D, Firm Resume of Lockridge Grindal Nauen P.L.L.P;

Exhibit E, Firm Resume of Kaplan Fox & Kilsheimer LLP; and

Exhibit F, Firm Resume of Morris James LLP.

November 14, 2008

_____
Matthew F. Lintner

Sworn to and subscribed before me
This 14th day of November, 2008.

Notary Public
My commission expires: 5/11/10

MARGARET M. TOUCHTON
Notary Public - State of Delaware
My Comm. Expires May 11, 2010

3

# EXHIBIT   A

## PLAINTIFF CERTIFICATION

I, _J. Michael Stoffel_ , hereby state:

1.     I, on behalf of the Duluth Teachers' Retirement Fund Association ("DTRFA"), have reviewed a Complaint against Harris Stratex Networks, Inc., and certain of its officers and directors, and authorized the filing of the same or a similar complaint on DTRFA's behalf.

2.     DTRFA did not purchase any Harris Stratex Networks, Inc. securities at the direction of counsel or in order to participate in this private action.

3.     DTRFA is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.     The following includes all of DTRFA's transactions in Harris Stratex Networks, Inc. securities during the Class Period as defined in a Complaint:

See Attached Schedule A.

5.     DTRFA has not within the 3-year period preceding the date hereof sought to serve, or served, as a representative party on behalf of a class in an action brought under the federal securities laws, unless noted hereafter:  **N/A**

6.     DTRFA will not accept any payment for serving as a representative party on behalf of a class except to receive my pro rata share of any recovery, or as ordered or approved by the Court, including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _12th_ day of _November_ , 2008.

By: _Michael Stoffel_
     Duluth Teachers' Retirement Fund Association

_J. Michael Stoffel_
(print name)
Title: _Executive Director_

SCHEDULE A

**Account 1**

| TRANSACTION | TRANSACTION DATE | PRICE PER SHARE | QUANTITY |
|---|---|---|---|
| Receive | 01/31/07 | $18.7600 | 39,306.25 |
| Sale | 01/31/07 | $18.7000 | 0.25 |
| Purchase | 09/20/07 | $17.4705 | 6,800.00 |
| Purchase | 09/21/07 | $17.7535 | 1,500.00 |
| Purchase | 09/25/07 | $17.5397 | 15,050.00 |
| Purchase | 04/30/08 | $9.3773 | 4,400.00 |
| Purchase | 05/02/08 | $9.7439 | 4,900.00 |

**Account 2**

| TRANSACTION | TRANSACTION DATE | PRICE PER SHARE | QUANTITY |
|---|---|---|---|
| Receive | 01/31/07 | $18.7600 | 6,500.00 |
| Purchase | 09/21/07 | $17.7535 | 250.00 |
| Purchase | 11/21/07 | $17.8632 | 2,450.00 |

# EXHIBIT   B

**HARRIS STRATEX**
**1/26/2007-7/30/2008**

| Security Name | CUSIP | Transaction Type | Trade Date | Shares | Price per Share | Principal | Total Estimated Losses |
|---|---|---|---|---|---|---|---|
| **Duluth Teachers Retirement Tax Sheltered Annuity - DGI** | | | | | | | |
| Harris Stratex Networks, Inc. | 41457P106 | Received | 01/31/07 | 6,550 | $18.7600 | $122,878.00 | |
| Harris Stratex Networks, Inc. | 41457P106 | Buy | 09/21/07 | 250 | $17.7535 | $4,438.38 | |
| Harris Stratex Networks, Inc. | 41457P106 | Buy | 11/21/07 | 2,450 | $17.8632 | $43,764.84 | |
| | | | | *9,250* | | *$171,081.22* | |
| Harris Stratex Networks, Inc. | 41457P106 | Retained* | | 9,250 | $7.8138 | $72,277.74 | |
| | | | | *9,250* | | *$72,277.74* | **$98,803.47** |
| | | | | | | | |
| **DTA Retirement Pension - DGI** | | | | | | | |
| Harris Stratex Networks, Inc. | 41457P106 | Received | 01/31/07 | 39,306.25 | $18.7600 | $737,385.25 | |
| Harris Stratex Networks, Inc. | 41457P106 | Buy | 09/20/07 | 6,800 | $17.4705 | $118,799.40 | |
| Harris Stratex Networks, Inc. | 41457P106 | Buy | 09/21/07 | 1,550 | $17.7535 | $27,517.93 | |
| Harris Stratex Networks, Inc. | 41457P106 | Buy | 09/25/07 | 15,050 | $17.5397 | $263,972.49 | |
| Harris Stratex Networks, Inc. | 41457P106 | Buy | 04/30/08 | 4,400 | $9.3773 | $41,260.12 | |
| Harris Stratex Networks, Inc. | 41457P106 | Buy | 05/02/08 | 4,900 | $9.7439 | $47,745.11 | |
| | | | | *72,006.25* | | *$1,236,680.29* | |
| Harris Stratex Networks, Inc. | 41457P106 | Sell | 01/31/07 | 0.25 | $20.9600 | $5.24 | |
| Harris Stratex Networks, Inc. | 41457P106 | Retained* | | 72,006 | $7.8138 | $562,641.20 | |
| | | | | *72,006.25* | | *$562,646.44* | **$674,033.85** |

**Total estimated losses**      **$772,837.32**

\* indicates average closing stock price between July 31, 2008 and October 28, 2008

# EXHIBIT   C



# GlobeNewswire
### A NASDAQ OMX COMPANY

## NEWS ROOM

▷ Become a Member    ▷ Email Alerts    ▷ Company News    ▷ Specialty Newslines    ▷ Search News

## NEWS Releases

🔍 SEARCH News

*Source:* Labaton Sucharow LLP

## Labaton Sucharow Files Class Action Lawsuit Against Harris Stratex Networks, Inc. -- HSTX

NEW YORK, Sept. 15, 2008 (GLOBE NEWSWIRE) -- Labaton Sucharow filed a class action lawsuit on September 15, 2008 in the United States District Court for the District of Delaware, on behalf of all purchasers of the securities of Harris Stratex Networks, Inc. ("Harris Stratex" or the "Company") (Nasdaq:HSTX) between January 29, 2007 and July 30, 2008, inclusive (the "Class Period"), including shareholders of Stratex Networks, Inc. who exchanged shares of Stratex Networks, Inc. for shares of Harris Stratex Networks, Inc. pursuant to the registration statement/prospectus that became effective on January 8, 2007. The lawsuit was filed against Harris Stratex and certain officers and directors ("Defendants").

If you bought Harris Stratex securities anytime since it commenced trading on or about January 29, 2007 through and including July 30, 2008; or became a shareholder of the Company because of the merger of Stratex Networks, Inc. and the Harris Microwave Communications Division, and would like to consider serving as lead plaintiff or have any questions about the lawsuit, please contact Andrei V. Rado, Esq at (800) 321-0476 or (212) 907-0700, or via e-mail at arado@labaton.com. Lead Plaintiff motion papers must be filed with the United States District Court for the District of Delaware no later than November 14, 2008. A lead plaintiff is a court-appointed representative for absent class members. You do not need to seek appointment as lead plaintiff to share in any class recovery in this action. If you are a class member and there is a recovery for the class, you can share in that recovery as an absent class member. You may retain counsel of your choice to represent you in this action.

If you are a member of this class you can view a copy of the complaint and join this class action online at http://www.labaton.com/en/cases/Newly-Filed-Cases.cfm

This action seeks to pursue remedies under the Securities Act of 1933 (the "Securities Act") and the Securities Exchange Act of 1934 (the "Exchange Act"). Specifically, the complaint alleges that Defendants issued materially false and misleading statements about its financial condition prior to and following its formation in early 2007 through the date of the merger of Stratex Networks, Inc. and the Harris Microwave Communications Division.

On July 30, 2008, the Company announced that it had discovered accounting errors which rendered its previously issued financial statements to be incorrect. According to the announcement, the Company will restate earnings reports from 2005 through the present. The Company reported these accounting errors will cut previously reported pre-tax income by $18 million to $25 million. As a result of the restatement, the Company announced that its prior financial statements for the first three quarters of fiscal 2008 and the fiscal years 2005 through 2007

### Blogging/Bookmarking

- 🅱 Blogger
- 🄶 Blog Search
- 🔠 Digg
- ■ del.icio.us
- 🄶 Google Bookmarks
- 🔳 Newsvine
- 🅡 Reddit
- 🅢 StumbleUpon
- ⓣ Technorati
- 🆈 Yahoo MyWeb

### Other News Releases from Labaton Sucharow LLP

Labaton Sucharow Files Class Action Lawsuit Against the Spectranetics Corporation -- SPNC - Sep 26, 2008

Labaton Sucharow Files Class Action Lawsuit Against Canadian Imperial Bank of Commerce -- CM - Sep 22, 2008

Labaton Sucharow Files Class Action Lawsuit Against Carter's, Inc. -- CRI - Sep 19, 2008

Labaton Sucharow LLP Announces Filing of Securities Class Action Lawsuit Against European Aeronautic Defence & Space Co. -- EAD.F - Jun 13, 2008

Labaton Sucharow LLP Announces Filing of Securities Class Action Lawsuit Against Wachovia Corp. -- WB - Jun 9, 2008

Expanded Class Action Lawsuit

should no longer be relied upon. Harris Stratex's share price fell in reaction to the announcement, falling from $11.24 to $7.35 per share -- a 34.61% decline in value.

Plaintiff is represented by the law firm of Labaton Sucharow. Labaton Sucharow is one of the country's premier national law firms that represent individual and institutional investors in class action, complex securities and corporate governance litigation. The firm has been a champion of investor rights for over 40 years and has been recognized for its reputation for excellence by the courts.

More information on this and other class actions can be found on the Class Action Newsline at www.globenewswire.com/ca.

```
CONTACT:   Labaton Sucharow LLP
           (800) 321-0476
```

Keywords: **CLASS ACTION LAWSUITS**

Filed Against Merck & Co., Inc., Announces Labaton Sucharow LLP -- MRK - May 7, 2008

Update: Schiffrin Barroway Topaz & Kessler, LLP and Labaton Sucharow LLP Filed a Class Action Lawsuit Against Lehman Brothers Holdings Inc. -- LEH - Apr 30, 2008

Schiffrin Barroway Topaz & Kessler, LLP and Labaton Sucharow LLP Filed a Class Action Lawsuit Against Lehman Brothers Holdings Inc. -- LEH - Apr 29, 2008

Labaton Sucharow Files Class Action Lawsuit Against Centerline Holding Company -- CHC - Feb 4, 2008

More >>

© GlobeNewswire, Inc. All Rights Reserved.

# EXHIBIT  D



LOCKRIDGE
GRINDAL
NAUEN
P. L. L. P.
Attorneys at Law

Founded in 1978, Lockridge Grindal Nauen P.L.L.P. has extensive experience in antitrust, securities, environmental, employment, health care, commercial, intellectual property and telecommunications law.

Our clients include pension funds, unions, agri-businesses, business enterprises, banks, local governments, trade and industry associations, real estate developers, telecommunications providers, health care professionals, casualty insurers, publishers and authors, and a major computer manufacturer and retailer.

Lockridge Grindal Nauen attorneys are assisted by more than 20 paralegals and government relations specialists, and an extensive support staff. The firm has offices in Minneapolis, Minnesota and Washington, D.C.

### Richard A. Lockridge

Richard A. Lockridge is a partner in Lockridge Grindal Nauen P.L.L.P. He is a graduate of the University of Iowa Law School (J.D., with high distinction, 1974) where he served as Managing Editor of the Iowa Law Review. Thereafter, from 1974 to 1976, he served as a law clerk to the Honorable Myron H. Bright of the United States Court of Appeals for the Eighth Circuit. From 1976 to 1978 he handled civil litigation as a Minnesota Special Assistant Attorney General.

During more than thirty years of practice, Mr. Lockridge has been continuously active in class action and other complex litigation, including the following cases in which he has been lead or co-lead counsel:

- *David L. Antonson, et al. v. Leon H. Robertson, et al.* (American Carriers Securities Litig.) Civil No. 88-2567 (D. Kan.);

- *In re Baycol Products Litig.,* MDL No. 1431 (D. Minn.);

- *Benacquisto, et al. v. American Express Financial Corp. et al.,* Master File No. 00-1980 (D. Minn.), Civil Action No. 96-18477 (Henn. Cty. Dist. Ct.) (insurance class action);

- *In re Catfish Antitrust Litig.,* MDL No. 928 (N.D. Miss.);

- *In re Citi-Equity Group, Inc. Securities Litig.,* Master File No. 3-94-1024 (D. Minn.);

- *In re Digi International Inc. Securities Litig.,* Master File No. 97-5 (D. Minn.);

- *George Guenther, et al. v. Cooper Life Sciences, et al.* (Cooper Life Sciences Securities Litig.), No. C 89-1823 MHP (N.D. Cal.).

- *In re LaserMaster Technologies, Inc. Securities Litig.,* Master File No. 4-95-631 (D. Minn.);

- *Lockwood Motors, Inc., et al. v. General Motors Corporation,* Master File No. 3-94-1141 (D. Minn);

- *In re Lutheran Brotherhood Variable Insurance Products Co. Sales Practices Litig.,* MDL No. 1309 (D. Minn.);

- *Meyers v. The Guardian Life Insurance Company of America, Inc. Litig.,* Civil No. 2:97CV35-D-B (N.D. Miss.);

- *In re Microcrystalline Cellulose Antitrust Litig.,* MDL No. 1402 (E.D. Pa.);

- *In re Monosodium Glutamate Antitrust Litig.,* MDL No. 1328 (D. Minn.);

- *In re New Steel Pails Antitrust Litig.,* Master File No. C-1-91-213 (S.D. Ohio);

- *In re Piper Funds, Inc. Institutional Government Income Portfolio Litig.,* Master File No. 3-94-587 (D. Minn.);

- *In re Polypropylene Carpet Antitrust Litig.,* MDL No. 1075 (N.D. Ga.);

- *In re Residential Doors Antitrust Litig.,* MDL No. 1039 (E.D. Pa.);

- *Richard J. Rodney, Jr., et al. v. KPMG Peat Marwick,* No. 4-95-CIV-800 (D. Minn.);

- *In re Select Comfort Corporation Securities Litig.,* Master File No. 99-884 (D. Minn.);

- *Gary G. Smith, et al. v. Little Caesar Enterprises, Inc., et al.* (Little Caesar Franchise Litig.), Civil No. 93 CV 74041 DT (E.D. Mich.);

- *Alan B. Spitz and Linda Spitz, and Ann Novacheck v. Connecticut General Life Insurance Company,* MDL No. 1136 (C.D. Cal.);

- *In re Steel Drums Antitrust Litig.,* MDL No. 887 (S.D. Ohio);
- *In re Summit Medical Systems, Inc. Securities Litig.,* Master File No. 97-558 (D. Minn.); and
- *In re Unisys Savings Plan Litig.,* Master File No. 91-3067 (E.D. Pa.).

Mr. Lockridge also is or has been involved in the following class action litigation:

- *In re Air Cargo Shipping Services Antitrust Litig.,* Civil No. 1:06-md-1775-CBA-VVP (E.D.N.Y.);
- *American Telephone and Telegraph Antitrust Litig.,* Civil Action No. 81-2623 (D.D.C.);
- *In re AOL Time Warner Securities Litig.,* MDL No. 1500 (S.D.N.Y.);
- *Aviva Partners, LLC, v. Navarre Corp., et al.,* Master File No. 05-1151 (D. Minn.);
- *In re Bioplasty Securities Litig.,* Master File No. 4-91-689 (D. Minn.);
- *Chemical Distribution, Inc., et al. v. Akzo Nobel Chemicals, et al.,* MDL No. 1226 (N.D. Cal.);
- *In re Chronimed Inc., Securities Litig.,* Master File No. 01-1092 (D. Minn.);
- *In re Connecticut General Life Insurance Co. Premium Litig.,* MDL No. 1336 (C.D. Cal.);
- *In re Credit Suisse – AOL Securities Litig.,* Case No. 1:02-CV-12146-NG (D. Mass.);
- *Crosby v. Aid Association for Lutherans,* Master File No. 00-CV-2112 (D. Minn.);
- *In re Delphi Corporation Securities, ERISA, and Shareholder Derivative Litig.,* Master Case No. 05-md-1725 (E.D. Mich.);
- *Dixie Brewing Company, Inc. v. John Barth, Inc.* (In re Hops Antitrust Litig.), Civil No. 8404434 (E.D. Pa.);
- *In re Domestic Air Transportation Antitrust Litig.,* MDL No. 861 (N.D. Ga.);
- *Durocher v. American Family Life Insurance Co.,* Case No. 97-CV-292 (Marinette Cty. Dist. Ct.);
- *In re Endotronics Securities Litig.,* Master File No. 4-87-130 (D. Minn.);
- *In re Federal National Mortgage Association Securities, Derivative and ERISA Litig.,* MDL No. 1668 (D.D.C.);
- *Fink v. Rainforest Café,* No. MC 00-451 (Henn. Cty. Dist. Ct.);
- *In re Flat Glass (I) Antitrust Litig.,* MDL No. 1200 (W.D. Pa.) ;

- *Funeral Consumers Alliance, Inc., et al. v. Service Corporation International, et al.,* No. H-05-3394 (S.D. Tex.);

- *In re Guidant Corp. Implantable Defibrillators Products Liability Litig.,* MDL No. 1708 (DWF/AJB)(D. Minn.);

- *Haritos, et al. v. American Express Financial Advisors, Inc.,* 02-2255-PHX-PGR (D. Ariz.);

- *In re ICN/Viratek Securities Litig.,* 87 Civ. 4296 (S.D.N.Y.);

- *Johnson v. Kives* (K-Tel Securities Litig.), Master File No. 4-85-1216 (D. Minn.);

- *In re King Pharmaceuticals, Inc. Securities Litig.,* No. 2:03-CV-77 (E.D. Tenn.);

- *John S. Lawrence v. Philip Morris Companies, Inc., et al.* (Philip Morris Securities Litig.), Civil No. 94-1494 (E.D.N.Y.);

- *In re Lease Oil Antitrust Litig.,* MDL No. 1166 (S.D. Tex.);

- *Leetate Smith, et al. v. Merrill Lynch & Co., et al.* (Orange County Bond Litig.), No. SACV-94-1063-LHM(EEx) (C.D. Cal.);

- *Glen Lewy 1990 Trust v. Investment Advisers, Inc., et al.,* No. CT-00-17047 (Henn. Cty. Dist. Ct.);

- *Low Density Polyethylene Resin Antitrust Litig.,* No. 82 Civ. 1093 (S.D.N.Y.);

- *Marksman Partners, L.P., et al. v. Chantal Pharmaceutical Corporation, et al.,* Master File No. CV-96-0872-WJR (C.D. Cal.);

- *In re Medtronic, Inc. Implantable Defibrillator Products Liability Litig.,* MDL No. 1726 (JMR/AJB) (D. Minn.)

- *In re Merck & Co., Inc., Securities, Derivative & ERISA Litig.,* No. 3:05-cv-1151 (D.N.J.);

- *In re Meridia Products Liability Litig.,* MDL No. 1481 (N. D. Ohio);

- *In re Methionine Antitrust Litig.,* MDL No. 1311 (N.D. Cal.);

- *Steven S. Mitchell v. Thousand Trails, Inc.* (Thousand Trails Security Litig.), Civil No. C86-146 (W.D. Wash.);

- *In re Nasdaq Market-Maker Antitrust Litig.,* MDL No. 1023 (S.D.N.Y.);

- *Nelsen v. Craig-Hallum (Craig-Hallum Securities Litig.),* Master File No. 4-86-135 (D. Minn.);

- *Ohio Public Employees Retirement System, et al. v. Freddie Mac, et al.,* MDL No. 1584 (S.D.N.Y.) (Federal Home Loan Mortgage Corporation Securities Litig.);

- *In re OM Group, Inc. Securities Litig.,* No. 1:02 CV 2163 (N.D. Ohio);

- *In re Packaged Ice Antitrust Litig.,* MDL 1952, (E.D. Mich.);
- *In re Painewebber Securities Litig.,* 86 Civ. 6776 (S.D.N.Y.);
- *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.,* MDL No. 1720 (E.D.N.Y.);
- *In Re Propulsid Products Liability Litig.,* MDL No. 1355 (E.D. La.);
- *In re Retek, Inc. Securities Litig.,* Master File No. 02-4209 (D. Minn.);
- *In re Rezulin Litig.,* MDL No. 1348 (S.D.N.Y.);
- *In re Riscorp, Inc. Securities Litig.,* Master File No. CV-96-2374-CIV-T-23A (M.D. Fla.);
- *Rodney v. OCA, Inc., et al.,* No. 05-2219 (E.D. La.);
- *In re Scientific-Atlanta, Inc. Securities Litig.,* No. 1:01-CV-1950 (N.D. Ga.);
- *In re Serzone Products Liability Litig.,* MDL No. 1477 (S.D. W. Va.);
- *Spencer v. Comserv Corporation* (Comserv Securities Liti.), Master File No. 4-84-794 (D. Minn.);
- *In re Tamoxifen Citrate Antitrust Litig.,* MDL No. 1408 (E.D.N.Y.);
- *In re Telxon Securities Litig.,* No. 5:98-CV-2876 (N.D. Ohio);
- *In re Tricord Systems, Inc. Securities Litig.,* Master File No. 3-94-746(D. Minn.);
- *In re Tyco International, Ltd.,* ERISA Civil File No. 02-cv-1357 (D.N.H.);
- *In re Vioxx Product Liability Litig.,* MDL No.1657 (E.D.La.);
- *In re Western Union Money Transfer Litig.,* Master File No. CV 01 0335 (E.D.N.Y.);
- *In re Wirebound Box Antitrust Litig.,* MDL No. 793 (D. Minn.); and
- *In re Worldcom, Inc. Securities Litig.,* No. 02-CV-3288 (S.D.N.Y.).

Mr. Lockridge acted as co-lead defense counsel for the target defendant in *Mid-State Oil v. Simonson Oil* (price fixing) Civil No. A3-79-18 (D.N.D.); plaintiff's counsel in *Superlines Co. v. E.W. Wylie Corp.,* 1981-2 Trade Cases (CCH) (D. Minn. 1981); and one of the defense counsel in *Ray Adduono v. World Hockey Association,* Master File No. 3-82-586 (D. Minn.).

Mr. Lockridge spent one year in Houston, Texas working on the trial of the *Corrugated Container Antitrust Litigation*, MDL No. 310 (S.D. Tex.), a case which resulted in one of the largest verdicts (in excess of $1 billion) ever awarded by a jury in antitrust litigation. He was

also part of the plaintiffs' trial team for *In re High Pressure Laminates Antitrust Litigation*, MDL No. 1368 (S.D.N.Y.), which was recently tried in the Southern District of New York, a case in which settlements totaled over $40 million.

Mr. Lockridge also was one of the attorneys who successfully represented West Publishing Company in a monopolization and attempted monopolization case brought by West against Mead Corporation (the then owner of "LEXIS"), and in a monopolization and attempted monopolization case brought by Mead against West (the "LEXIS v. Westlaw" antitrust cases).

## Karen Hanson Riebel

Karen Hanson Riebel is a partner in Lockridge Grindal Nauen P.L.L.P. A 1991 dual-degree program graduate (J.D., B.A., Cum Laude) from the Boston University School of Law and the Boston University College of Liberal Arts, Ms. Riebel joined the firm in 1992.

During her tenure at the firm, she has been extensively involved in a number of complex class action matters including:

- *Funeral Consumers Alliance, Inc., et al. v. Service Corporation International, et al.*, No. H-05-3394 (S.D. Tex.);
- *In re Air Cargo Shipping Services Antitrust Litigation*, 1:06-md-1775-CBA-VVP (E.D.N.Y.);
- *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, MDL 1720 (E.D.N.Y.);
- *In re Delphi Corporation Securities, ERISA, and Shareholder Derivative Litigation*, Master Case No. 05-md-1725 (E.D. Mich.);
- *In re Fremont General Corporation Litigation*, Case No. 02:07-cv-02693 (C.D. Cal.);
- *Boland et al v. Merrill Lynch & Co., Inc. ERISA Litigation*, Civil File No. 07-cv-11054 (S.D.N.Y.);
- *In re Credit Suisse – AOL Securities Litigation*, Case No. 1:02-CV-12146-NG (D. Mass.);
- *In re Worldcom, Inc. Securities Litigation* No. 02-CV-3288 (S.D.N.Y.);

- *In re AOL Time Warner Securities Litigation*, MDL No. 1500 (S.D.N.Y.);
- *In re King Pharmaceuticals, Inc. Securities Litigation*, No. 2:03-CV-77 (E.D. Tenn.);
- *In re Delphi Corporation Securities, ERISA, and Shareholder Derivative Litigation*, Master Case No. 05-md-1725 (E.D. Mich.);
- *In re Merck & Co., Inc., Securities, Derivative & ERISA Litigation*, 3:050cv-1151 (D.N.J.);
- *In re Federal National Mortgage Association Securities, Derivative and ERISA Litigation*, MDL No. 1668 (D. D.C.);
- *In re Scientific-Atlanta, Inc. Securities Litigation*, No. 1:01-CV-1950 (N.D. Ga.);
- *In re OM Group, Inc. Securities Litigation*, No. 1:02 CV 2163 (N.D. Ohio);
- *Ohio Public Employees Retirement System, et al. v. Freddie Mac, et al.*, MDL No. 1584 (S.D.N.Y.) (Federal Home Loan Mortgage Corporation Securities Litigation);
- *In re Select Comfort Corporation Securities Litigation*, Master File No. 99-884 (D. Minn.);
- *In Re Lutheran Brotherhood Variable Insurance Products Co. Sales Practices Litigation*, MDL No. 1309 (D. Minn.);
- *Rodney v. OCA, Inc., et al.*, No. 05-2219 (E.D. La.);
- *Danis v. USN Communications, Inc., et al.*, No. 98 C 7482 (N.D. Ill.);
- *In re Digi International Inc. Securities Litigation*, Master File No. 97-5 (D. Minn.);
- *In re Summit Medical Systems, Inc. Securities Litigation*, Master File No. 97-558 (D. Minn.);
- *In re LaserMaster Technologies, Inc. Securities Litigation*, Master File No. 4-95-631 (D. Minn.);
- *In re Ancor Communications, Inc. Securities Litigation*, Master File No. 97-1696 (D. Minn.);
- *In re Ceridian Corp. Securities Litigation*, Master File No. 97-2044 (D. Minn.);
- *In re K-Tel Securities Litigation*, Master File No. 98-2520 (D. Minn.);
- *In re Riscorp, Inc. Securities Litigation*, Master File No. CV-96-2374-CIV-T-23A (M.D. Fla.);
- *In re Lease Oil Antitrust Litigation*, MDL No. 1166 (S.D. Tex.);
- *In re Wirebound Box Antitrust Litigation*, MDL No. 793 (D. Minn.);

- *David L. Antonson, et al. v. Leon H. Robertson, et al. (American Carriers Securities Litigation)*, Civ. No. 88-2567 (D. Kan.);
- *In re Tonka II Securities Litigation*, Civ. No. 3-90-318 (D. Minn);
- *In re Catfish Antitrust Litigation*, MDL No. 928 (D. Miss.);
- *In re ICN/Viratek Securities Litigation*, 87 Civ. 4296 (S.D.N.Y.);
- *Joseph D. Chutich v. Green Tree Acceptance, Inc.*, Master File No. 3-88-869 (D. Minn.); and
- *Richard J. Rodney, Jr., et al. v. KPMG Peat Marwick*, Master File No. 4-95-800 (D. Minn.).
- *In re Tyco International, Ltd., ERISA* Civil File No. 02-cv-1357 (D. NH)

During the summer of 1996, Ms. Riebel spent three months in New York as a member of the team of lawyers that tried the *In re ICN/Viratek Securities Litigation* in the Southern District of New York before the Honorable Kimba Wood. The case was settled for $14.5 million after the jury returned a partial verdict.

Ms. Riebel spent seven months in Anchorage, Alaska, in 1994, as a member of the trial team that secured a jury verdict for punitive damages in the amount of $5 billion for a mandatory punitive damages class in *In re The Exxon Valdez*, Case No. A89-0095-CV (D. Alaska). For their efforts, Ms. Riebel and the other members of the trial team were awarded the Trial Lawyers' For Public Justice Trial Lawyers of the Year award in 1994. In addition, Ms. Riebel is extensively involved in the administration and evaluation of the more than 50,000 claims submitted in that litigation.

Ms. Riebel is admitted to practice before the United States Courts of Appeals for the Eighth Circuit, and the federal and state courts of Minnesota.

## Elizabeth R. Odette

Elizabeth R. Odette is a 2004 graduate of the University of St. Thomas School of Law. As a member of the founding class of the St. Thomas Law School, she assisted in the creation of Curriculum Standards as a student representative for the Curriculum Committee and founded the Student Newspaper, TommieLaw News.  She is a 2001 cum laude graduate of the University of St. Thomas where she received her Bachelor of Arts Degree in Marketing Management.  She was admitted to the Minnesota State Bar in 2004 and to the United States District Court for the District of Minnesota in 2005.  She is a member of the Minnesota State and Hennepin County Bar Associations.  Ms. Odette practices in the firm's complex and class action group in the areas of product liability, securities, and antitrust.

Since joining the firm she has been involved in the complex matters:

- *In re AOL Time Warner Securities Litigation*, MDL No. 1500 (S.D.N.Y.);
- *In re Aredia and Zometa Products Liability Litigation*, MDL 06-1760 (M.D. Tenn)
- *In re Cathode Ray Tube (CRT) Antitrust Litig.,* MDL No. 1917 (N.D. Cal.);
- *In re Credit Suisse – AOL Securities Litigation*, Case No. 1:02-CV-12146-NG (D. Mass.);
- *In re Fremont General Corporation Litigation*, Case No. 02:07-cv-02693 (C.D. Cal.);
- *In re Graphics Processing Units (GPU) Antitrust Litig.,* MDL No. 1826 (N.D. Cal.);
- *In re Hawaiian and Guamanian Cabotage Antitrust Litigation*, MDL 1972 (W.D. Wash.)
- *In re Hydrogen Peroxide Antitrust Litig.,* MDL No. 1682 (E.D. Pa.)
- *In re OSB Antitrust Litigation*, No. 06-826 (E.D. Pa.);
- *In re Puerto Rican Cabotage Antitrust Litigation*, MDL No. 1960;
- *In re Scientific-Atlanta, Inc. Securities Litigation*, No. 1:01-CV-1950 (N.D. Ga.);

- *In re Static Random Access Memory (SRAM) Antitrust Litig.*, MDL No. 1819 (N.D. Cal.);
- *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 1827 (N.D. Cal.);
- *In re Tyco International, Ltd.*, ERISA Civil File No. 02-cv-1357 (D. NH); and
- *In re Vioxx Product Liability Litigation*, MDL No. 1657 (E.D.La.).

Ms. Odette was part of the direct purchaser plaintiffs' trial team *In re OSB Antitrust Litigation*, focusing on admission of evidence, as well as defendant-specific issues. The case settled shortly before trial with settlements totaling approximately $120 million.

# EXHIBIT   E

## KAPLAN FOX & KILSHEIMER LLP
## FIRM AND ATTORNEYS BIOGRAPHIES

Kaplan Fox & Kilsheimer LLP is a firm engaged in the general practice of law with an emphasis on complex securities, antitrust and consumer class action litigation as well as other general commercial litigation. The firm has actively participated in numerous complex class actions throughout the country of the past three decades. It is presently active in major litigations pending in federal and state courts throughout the country including courts in California, New York, Massachusetts, Delaware, Florida, Illinois, Indiana and Georgia.

Members of the firm have served as lead or co-lead counsel, as executive committee member or as liaison counsel, and made significant contributions in many complex class and other multi-party actions in which substantial recoveries were obtained, including the following:

## SECURITIES CLASS ACTIONS

**In re 3Com Securities Litigation,**
No. C-97-21083-EAI (N.D.Ca) ($259 million recovered)

**In re MicroStrategy Securities Litigation,**
No. CV-00-473-A (E.D.Va) ($155 million recovered)

**In re Informix Securities Litigation,**
C-97-129-CRB (N.D.Ca) ($136.5 million recovered)

**In re Merrill Lynch & Co., Inc. Research**
**Reports Securities Litigation,**
02 MDL 1484 (S.D.N.Y.) ($125 million recovered)

**In re Elan Corporation Securities Litigation,**
No. 02-CV-0865-RMB (S.D.N.Y.) ($75 million recovered)

**Rosen, et al. v. Macromedia, Inc., et al.**
Case No. 988526 (Sup. Ct.,SF County Ca.) ($48 million recovered)

**In re Ames Department Stores Securities Litigation,**
MDL No. 924 (S.D.N.Y.) ($46 million recovered)

**In re Genentech, Inc. Securities Litigation,**
C-88-4038-DLJ (N.D.Ca.) ($29 million recovered)

**In re Tele-Communications, Inc. Securities Litigation,**
C-97-421(C.D.Ca.) ($26.5 million recovered)
**In re Sun Healthcare Group, Inc. Litigation,**
C-95-7005-JC/WWD (D.N.M.) ($24 million recovered)

**In re PepsiCo Securities Litigation,**
82 Civ. 8288 (S.D.N.Y.) ($21 million recovered)

**In re Centennial Technologies Litigation,**
97-10304-REK (D. Mass.) ($21.5 million recovered and other consideration)

**Scheatzle, et al. v. Eubanks, et al.,**
C-92-20785-JW(EAI) (N.D.Ca.) ($18.6 million recovered)

**Kensington Capital Management v. Oakley, Inc., et. al.,**
No. SACV97-808 GLT (Eex) (C.D.Ca) ($17.5 million recovered)

**In re Computer Memories Securities Litigation,**
C-85-2335 (A)-EFL (N.D.Ca.) ($15.5 million recovered)

**In re Wyse Technology Securities Litigation,**
C-89-1818-WHO (N.D.Ca.) ($15.5 million recovered)

**Provenz v. Miller, et al.,**
C-92-20159-RMW (N.D.Ca.) ($15 million recovered)

**In re Gupta Corporation Securities Litigation,**
C-94-1517-FMS (N.D.Ca.) ($14.25 million recovered)

**In re MicroPro Securities Litigation,**
C-85-7428-EFL (N.D.Ca.) ($14 million recovered)

**In re Immunex Securities Litigation,**
C-92-48 WD (W.D.Wa.) ($14 million recovered)

**Barry Hallet, Jr. v. Li & Fung, Ltd., et al.,**
95 Civ. 8917 (S.D.N.Y.) ($13.65 million recovered)

**Stuart Markus v. The North Face, Inc., et al.**
No. 97-Z-473 (D.Co) ($12.5 million recovered)

**Mel Klein v. Laura L. King, et al.,**
C-88-3141-FMS (N.D.Ca.) ($11.65 million recovered)

**Igor Cheredrichenko, et al. v. Quarterdeck Corp., et al.,**
Case No. 97-4320 (GHK) (C.D. Ca.) ($11 million recovered)

**In re Cheyenne Software, Inc. Securities Litigation,**
94 Civ. 2771 (E.D.N.Y.) ($10.25 million recovered)

**In re Nice Systems Ltd. Securities Litigation,**
Case No. 01-CV-737 (D.N.J.) ($10 million recovered)

## PARTNERS

**ROBERT N. KAPLAN**   Widely recognized as a leading securities litigator, Robert Kaplan has led the prosecution of numerous securities fraud class actions and shareholder derivative actions, recovering hundreds of millions of dollars for the victims of corporate wrongdoing. He also has earned a reputation as a leading litigator in the antitrust and consumer protection arenas. Mr. Kaplan has been with Kaplan Fox for 30 years, joining in 1971.

Mr. Kaplan honed his litigation skills as a trial attorney with the U.S. Department of Justice. There, he gained significant experience litigating both civil and criminal actions. He also served as law clerk to the Hon. Sylvester J. Ryan, then chief judge of the U.S. District Court for the Southern District of New York.

Mr. Kaplan's published articles include: "Complaint and Discovery In Securities Cases," *Trial*, April 1987; "Franchise Statutes and Rules," *Westchester Bar Topics*, Winter 1983; "Roots Under Attack: *Alexander v. Haley* and *Courlander v. Haley*," *Communications and the Law*, July 1979; and "Israeli Antitrust Policy and Practice," *Record of the Association of the Bar*, May 1971.

In addition, Mr. Kaplan served as an acting judge of the City Court for the City of Rye, N.Y., from 1990 to 1993.

Mr. Kaplan sits on the boards of several community organizations, including the Board of Directors of the Carver Center in Port Chester, N.Y., and the Board of Directors of the Rye Free Reading Room in Rye, N.Y.

**Education:**
- B.A., Williams College (1961)
- J.D., Columbia University Law School (1964)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1964)
- U.S. Supreme Court
- U.S. Courts of Appeals for the Second, Third, Seventh, Ninth, and Eleventh Circuits
- U.S. District Courts for the Southern, Eastern, and Northern Districts of New York, the Central District of Illinois, and the District of Arizona

**Professional affiliations:**

- National Association of Securities and Commercial Law Attorneys (past President)
- Committee to Support the Antitrust Laws (past President)
- Advisory Group of the U.S. District Court for the Eastern District of New York
- American Bar Association
- Association of Trial Lawyers of America (Chairman, Commercial Litigation Section, 1985-86)
- Association of the Bar of the City of New York (served on the Trade Regulation Committee; Committee on Federal Courts)

Mr. Kaplan can be reached by email at: RKaplan@kaplanfox.com

**FREDERIC S. FOX**  Fred Fox first associated with Kaplan Fox in 1984, and became a partner in the firm in 1991.  He has concentrated his work in the area of securities fraud litigation.  Mr. Fox has played important roles in many major securities fraud cases.  He was one of the lead trial lawyers in two recent securities class actions, one of which was the first case tried to verdict under the Private Securities Litigation Reform Act of 1995.

Mr. Fox is the author of "Current Issues and Strategies in Discovery in Securities Litigation," ATLA, 1989 Reference Material; "Securities Litigation: Updates and Strategies," ATLA, 1990 Reference Material; and "Contributory Trademark Infringement: The Legal Standard after *Inwood Laboratories, Inc. v. Ives Laboratories,*" University of Bridgeport Law Review, Vol. 4, No. 2.

During law school, Mr. Fox was the notes and comments editor of the University of Bridgeport Law Review.

**Education:**
- B.A., Queens College (1981)
- J.D., Bridgeport School of Law (1984)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1985)
- U.S. Courts of Appeals for the Fourth, Fifth, and Sixth Circuits
- U.S. District Courts for the Southern and Eastern Districts of New York

**Professional affiliations:**
- American Bar Association
- Association of the Bar of the City of New York
- Association of Trial Lawyers of America (Chairman, Commercial Law Section, 1991-92)

Mr. Fox can be reached by email at: FFox@kaplanfox.com

4

**RICHARD J. KILSHEIMER** first associated with Kaplan Fox in 1976, and became a partner in the firm in 1983. His practice is concentrated in the area of antitrust litigation, and he has played significant roles in several of the largest antitrust class actions in the country. He also practices in the areas of securities fraud and commercial litigation.

Prior to joining the firm, Mr. Kilsheimer served as law clerk to the Hon. Lloyd F. MacMahon (1975-76), formerly Chief Judge of the U.S. District Court for the Southern District of New York.

Mr. Kilsheimer is co-author of "Secondary Liability Developments," ABA Litigation Section, Subcommittee on Secondary Liability, 1991-1994.

**Education:**
- A.B., University of Notre Dame (1972)
- J.D., cum laude, St. John's University (1975)

**Bar affiliations and court admissions:**
- State of New York (1976)
- U.S. Court of Appeals for the Second Circuit (1983)
- U.S. District Courts for the Southern and Eastern Districts of New York (1976) and the Northern District of Indiana (1987)

**Professional affiliations:**
- Association of the Bar of the City of New York
- Federal Bar Council
- Committee to Support the Antitrust Laws
- Association of Trial Lawyers of America

Mr. Kilsheimer can be reached by email at: RKilsheimer@kaplanfox.com

**GREGORY K. ARENSON** is a seasoned business litigator with experience representing clients in a variety of areas, including antitrust, securities, employee termination, fraud, contract, and unfair competition. His economics background provides unique insights on antitrust liability and damages issues. Mr. Arenson has been a partner in the firm since 1993.

Prior to joining Kaplan Fox, Mr. Arenson was a partner with Proskauer Rose. Earlier in his career, he was a partner with Schwartz Klink & Schreiber, and an associate with Rudnick & Wolfe (now Piper Marbury).

Mr. Arenson writes frequently on discovery issues and the use of experts. Recently published articles include: "Who Should Bear the Burden of Producing Electronic Information?" 7 *Federal Discovery News,* No. 5, at 3 (April 2001); "Work Product vs. Expert Disclosure – No One Wins," 6 *Federal Discovery News,* No. 9, at 3 (August 2000); "Practice Tip: Reviewing Deposition Transcripts," 6 *Federal Discovery News*, No. 5, at 13 (April 2000); and "The Civil Procedure Rules: No More Fishing Expeditions," 5 Federal Discovery News, No. 9, at 3 (August 1999). He was also co-author of "The Good, the Bad and the Unnecessary: Comments on the Proposed Changes to the Federal Civil Discovery Rules," 4 *NYLitigator* 30 (December 1998);

5

co-author of "The Search for Reliable Expertise: Comments on Proposed Amendments to the Federal Rules of Evidence," 4 *NYLitigator* 24 (December 1998); co-editor of *Federal Rules of Civil Procedure, 1993 Amendments, A Practical Guide,* published by the New York State Bar Association; and a co-author of "Report on the Application of Statutes of Limitation in Federal Litigation," 53 *Albany Law Review* 3 (1988).

Mr. Arenson's *pro bono* activities include service as a mediator in the U.S. District Court for the Southern District of New York.  In addition, he is an active alumnus of the Massachusetts Institute of Technology, serving as a member of the Corporation, a member of the Corporation Development Committee, vice president of the Association of Alumni/ae, and member of the Alumni/ae Fund Board (of which he was a past chair).

**Education:**
- S.B., Massachusetts Institute of Technology (1971)
- J.D., University of Chicago (1975)

**Bar affiliations and court admissions:**
- Bar of the State of Illinois (1975)
- Bar of the State of New York (1978)
- U.S. Supreme Court
- U.S. Courts of Appeals for the Second and Seventh Circuits
- U.S. District Courts for the Northern and Central Districts of  Illinois, and the Southern and Eastern Districts of New York
- U.S. Tax Court

**Professional affiliations:**
- New York State Bar Association, Federal Litigation Section, Committee on Federal Procedure  (Chairman since 1997)
- Association of the Bar of the City of New York
- American Bar Association
- Member, advisory board, Federal Discovery News (1999 – present)

Mr. Arenson can be reached by email at: GArenson@kaplanfox.com


**LAURENCE D. KING**   Larry King first associated with Kaplan Fox in 1994, and became a partner in the firm in 1998.  Mr. King, who practices in the areas of securities and consumer litigation, is a resident partner in the firm's San Francisco office.  Mr. King has played a substantial role in cases that have resulted in some of the largest recoveries obtained by Kaplan Fox and was one of the lead trial lawyers in two recent securities class actions, one of which was the first case tried to verdict under the Private Securities Litigation Reform Act of 1995.

Prior to joining Kaplan Fox, Mr. King honed his litigation skills as an assistant district attorney for New York County, where he tried numerous felony prosecutions to a jury verdict.

**Education:**
- B.S., Wharton School of the University of Pennsylvania (1985)
- J.D., Fordham University School of Law (1988)

**Bar affiliations and court admissions:**
- Bar of the State of Connecticut (1988)
- Bar of the State of New York (1989)
- Bar of the State of New Jersey (1993)
- Bar of the Commonwealth of Pennsylvania (1993)
- Bar of the State of California (2000)
- U.S. District Courts for the District of New Jersey, the Eastern District of Pennsylvania, the Southern and Eastern Districts of New York, and the Central District of California

**Professional affiliations:**
- New York State Bar Association
- New Jersey State Bar Association
- San Francisco Bar Association
- American Bar Association

Mr. King can be reached by email at: LKing@kaplanfox.com

**JOEL B. STRAUSS** first associated with Kaplan Fox in 1992, and became a partner in the firm in 1999. He practices in the area of securities and consumer fraud class action litigation, with a special emphasis on accounting and auditing issues.

Prior to joining Kaplan Fox, Mr. Strauss served as a senior auditor with one of the former "Big Eight" accounting firms. Combining his accounting background and legal skills, he has played a critical role in successfully prosecuting numerous securities class actions across the country on behalf of shareholders. Mr. Strauss was one of the lead trial lawyers for the plaintiffs in the first case to go to trial and verdict under the Private Securities Litigation Reform Act of 1995.

Although currently practicing exclusively in the area of law, Mr. Strauss is a licensed Certified Public Accountant in the State of New York.

Mr. Strauss has also been a guest lecturer on the topics of securities litigation, auditors' liability and class actions for seminars sponsored by the Practicing Law Institute and the National Consumer Law Center.

**Education:**
- B.A., Yeshiva University (1986)
- J.D., Benjamin N. Cardozo School of Law (1992)

**Bar affiliations and court admissions:**
- Bar of the State of New Jersey
- Bar of the State of New York

- U.S. District Courts for the Southern and Eastern Districts of New York and the District of New Jersey
- U.S. Court of Appeals for the Third Circuit

**Professional affiliations:**
- American Bar Association (member, Litigation Section, Rule 23 Subcommittee)
- Association of the Bar of the City of New York
- New York State Bar Association
- American Institute of Certified Public Accountants

Mr. Strauss can be reached by email at: JStrauss@kaplanfox.com

**LINDA P. NUSSBAUM** joined Kaplan Fox in February 2007 as a partner.   She previously was the resident Partner of the New York City office of Cohen Milstein Hausfeld & Toll, P.L.L.C.

She is presently in a lead counsel position in a number of significant antitrust class actions pending throughout the United States including: In re Plastics Additives Antitrust Litigation (E.D., Pa); In re DDAVP Litigation (S.D.N.Y.); In re Ovcon Litigation (D.D.C.); In re Plavix Litigation (S.D. Oh.); In re Metoprolol Succinate Direct Purchaser Antitrust Litigation (U.S.D.C., Delaware); and Meijer, Inc. et al v. Braintree Laboratories (U.S.D.C. Delaware).

She has recently served as lead counsel in a number of antitrust class actions that have resolved favorably for the plaintiff class including In re Lozazepam nd Clorazepate Antitrust Litigation (D.D.C,) where, in approving the $35 million settlement, Chief Judge Hogan commented, "Obviously, the skill of the attorneys, and I'm not going to spend the time reviewing it, I'm familiar with counsel, and they, as I said, are among the best antitrust litigators in the country;" In re Relafen Antitrust Squibb Co. (D. Mass); and Oncology Radiation Associates, P.A. v. Bristol Myers Squibb Co. (D.D.C.) ($65 million settlement).

Ms. Nussbaum is a member of the American Law Institute.  She has lectured at the ABA Antitrust Section Spring Meeting on several occasions, including the 2007 55th Annual Antitrust Law Spring Meeting, at the University of San Francisco Pharmaceutical Antitrust Seminar, and recently at the New York State Bar Antitrust Law Section Annual Meeting,
Ms. Nussbaum is admitted to practice in New York and the District of Columbia.

**Education:**
- B.A., Brooklyn College (1974)
- J.D., George Washington University (1977)
- LL.M., Degree in Taxation from New York University School of Law (1984)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1974)
- Bar of the District of Columbia
- U.S. District Courts for the Southern, Eastern and Northern Districts of New York and the District of Columbia

- Supreme Court of the United States

**Professional affiliations:**
- American Bar Association
- New York State Bar Association

Ms. Nussbaum can be reached by email at LNussbaum@kaplanfox.com


**HAE SUNG NAM** first associated with Kaplan Fox in 1999 and became a partner in the firm in 2005.  She practices in the areas of securities and antitrust litigation.

Prior to joining the firm, Ms. Nam was an associate with Kronish Lieb Weiner & Hellman LLP, where she trained in corporate securities law and mergers and acquisitions.  She also served as an intern for the U.S. Department of Justice, Antitrust Division.

During law school, Ms. Nam was a member of the George Washington University Law Review.  She is the author of a case note, "Radio – Inconsistent Application Rule," 64 Geo. Wash. L. Rev. (1996).

**Education:**
- B.A., magna cum laude, Syracuse University (1994)
- J.D., with honors, George Washington University School of Law (1997)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1998)
- U.S. District Court for the Eastern District of Wisconsin

**Professional affiliations:**
- New York State Bar Association
- American Bar Association

Ms. Nam can be reached by email at: HNam@kaplanfox.com


**DONALD R. HALL** first associated with Kaplan Fox in 1998 and became a partner in the firm in 2005.  He practices in the areas of antitrust, securities, and civil litigation.

During law school, Mr. Hall was a member of the Fordham Urban Law Journal and a member of the Fordham Moot Court Board.  He also participated in the Criminal Defense Clinic, representing criminal defendants in federal and New York State courts on a pro-bono basis.

**Education:**
- B.A., College of William and Mary (1995)
- J.D., Fordham University School of Law (1998)

**Bar affiliations and court admissions:**
- Bar of the State of Connecticut (2001)
- Bar of the State of New York (2001)
- U.S. District Court for the Southern District of New York

**Professional affiliations:**
- American Bar Association

- Association of Trial Lawyers of America
- New York State Bar Association

Mr. Hall can be reached by email at: DHall@kaplanfox.com


**JASON A. ZWEIG** became associated with Kaplan Fox in January 2003. He practices in the areas of securities, antitrust, and other areas of civil litigation.

Prior to joining the firm, Mr. Zweig was an associate with Proskauer Rose LLP in New York where he practiced in all areas of civil and criminal litigation.

During law school, Mr. Zweig was Executive Editor for the Columbia Journal of Environmental Law.

**Education:**
- B.S., Indiana University (1995)
- J.D., Columbia University School of Law (1998)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1999)
- U.S. Dist. Court for the Southern District of New York (2000)
- U.S. Dist. Court for the Eastern District of New York  (2000)
- United States Court of Appeals for the Third Circuit (2001)

**Professional affiliations:**
- Association of the Bar of the City of New York

Mr. Zweig can be reached by email at: JZweig@kaplanfox.com


## ASSOCIATES


**CHRISTINE FOX** has been associated with Kaplan Fox since 1995. She practices in the areas of securities and antitrust litigation.

**Education:**
- B.S., Cornell University (1992)
- J.D., University of Michigan Law School (1994)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1995)
- U.S. District Courts for the Southern and Eastern Districts of New York

**Professional Affiliations:**
- American Bar Association
- New York State Bar Association
- New York County Lawyers Association
- Bar Association of the City of New York

Ms. Fox can be reached by email at: CFox@kaplanfox.com


10

**LORI S. BRODY** practices in the area of complex litigation.  She first became associated with Kaplan Fox in 2001, and is resident in the firm's Los Angeles office.

**Education:**
- B.A, University of California, Berkeley (1987)
- J.D., University of California, Los Angeles (1990)

**Bar affiliations and court admissions:**
- Bar of the State of California (1990)
- U.S. District Courts for the Northern, Central and Southern Districts of California

Ms. Brody can be reached by email at: LBrody@kaplanfox.com

**JEFFREY P. CAMPISI** became associated with Kaplan Fox in February 2004.  He practices in the areas of securities, antitrust, and other areas of civil litigation.

Prior to joining the firm, Mr. Campisi served as law clerk to the Hon. Herbert J. Hutton.  Also, Mr. Campisi was an associate with Dewey Ballantine LLP in New York where he practiced in all areas of civil litigation.

During law school, Mr. Campisi was a member of the Villanova Law Review.

**Education:**
- B.A., cum laude, Georgetown University (1996)
- J.D., summa cum laude, Villanova University School of Law (2000)

**Bar affiliations and court admissions:**
- Bar of the State of New York (2001)
- U.S. Dist. Court for the Southern District of New York (2001)
- U.S. Dist. Court for the Eastern District of New York (2001)

**Professional affiliations:**
- American Bar Association

Mr. Campisi can be reached by email at: JCampisi@kaplanfox.com

**MELINDA RODON** has been associated with Kaplan Fox since September 2004.  She practices in the areas of securities, antitrust, and other areas of civil litigation.

While attending law school, Ms. Rodon provided pro bono legal services to the Philadelphia community through the Civil Practice Clinic of the University of Pennsylvania Law School as well as the Homeless Advocacy Project.  She also conducted pro bono legal research for the Southern Poverty Law Center.

**Education:**
- B.A., University of Missouri (2000)
- J.D., University of Pennsylvania Law School (2004)

**Bar affiliations and court admissions:**

- Bar of the State of New York, *admission pending*

**Ms. Rodon can be reached by email at: MRodon@kaplanfox.com**

**JOHN D. RADICE** became associated with Kaplan Fox in May 2008.  He practices in the areas of antitrust, False Claims Act, and other areas of civil litigation.  Prior to joining the firm, Mr. Radice was an associated with major plaintiffs' class action firms in New York and Philadelphia, where he primarily represented clients pursuing antitrust, False Claims Act, and international human rights cases.

**Education:**
- A.B., magna cum laude, Princeton University (1997)
- J.D.,  New York University School of Law (2003)

**Bar Affiliations:**
- Bar of the State of New Jersey (2004)
- Bar of the State of New York (2005)
- U.S. District Courts for the Southern and Eastern Districts of New York and the District of New Jersey

**Mr. Radice can be reached by email at: JRadice@kaplanfox.com**

**AVIAH COHEN PIERSON** has been associated with Kaplan Fox since September 2005.  She practices in the areas of antitrust, securities, and other areas of civil litigation. During law school, Ms. Pierson interned for Judge Mark D. Fox in the Southern District of New York.  In addition, she was a member of the Fordham Law Review.

**Education:**
- B.A., summa cum laude, University of Pennsylvania (2000)
- J.D.,  Fordham University, School of Law (2005)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York (2006)
- U.S. District Courts for the Southern and Eastern Districts of New York

Ms. Pierson can be reached by email at: Acohenpierson@kaplanfox.com

**ELANA KATCHER** has been associated with Kaplan Fox since July 2007.   She practices on complex commercial litigation.

**Education:**
- B.A. Oberlin College (1994)
- J.D., New York University (2003)

**Bar Affiliations and Court Admissions:**
- New York State Bar Association
- New York City Bar Association

Ms. Katcher can be reached by email at: ekatcher@kaplanfox.com

12

## OF COUNSEL

**W. MARK MCNAIR** practices in the area of securities litigation with a special emphasis on institutional investor involvement.  He associated with the firm in 2003, and is resident in Washington, D.C.  Prior to entering private practice, he was an attorney at the Securities and Exchange Commission and the Municipal Securities Rulemaking Board.

**Education:**
- B.A. with honors, University of Texas at Austin (1972)
- J.D. University of Texas at Austin (1975)
- L.L.M. (Securities) Georgetown University (1989)

Mr. McNair can be reached at MMcnair@kaplanfox.com

**LINDA M. FONG** practices in the areas of general business and consumer protection class action litigation.  She has been associated with Kaplan Fox since 2001, and is resident in the firm's San Francisco office.  Ms. Fong serves on the Board of the San Francisco Trial Lawyers Association and is active in its Women's Caucus.

**Education:**
- J.D., University of San Francisco School of Law (1985)
- B.S., with honors, University of California, Davis
- Elementary Teaching Credential, University of California, Berkeley

**Bar affiliations and court admissions:**
- Bar of the State of California (1986)
- U.S. District Courts for the Northern and Eastern Districts of California
- U.S. Court of Appeals for the Ninth Circuit

**Professional affiliations:**
- San Francisco Trial Lawyers Association
- Asian American Bar Association
- Bar Association of San Francisco
- Trial Lawyers for Public Justice
- Consumer Attorneys of California

**Awards:**
- Presidential Award of Merit
- Consumer Attorneys of California, 2000

Ms. Fong can be reached by email at: LFong@kaplanfox.com

**GARY L. SPECKS** practices primarily in the area of complex antitrust litigation.  He has represented plaintiffs and class representatives at all levels of litigation, including appeals to the U.S. Courts of Appeals and the U.S. Supreme Court.  In addition, Mr. Specks has represented clients in complex federal securities litigation, fraud litigation, civil RICO litigation, and a variety of commercial litigation matters.  Mr. Specks is resident in the firm's Chicago office.

During 1983, Mr. Specks served as special assistant attorney general on antitrust matters to Hon. Neil F. Hartigan, then Attorney General of the State of Illinois.

**Education:**
- B.A., Northwestern University (1972)
- J.D., DePaul University College of Law (1975)

**Bar affiliations and court admissions:**
- Bar of the State of Illinois (1975)
- U.S. Courts of Appeals for the Third, Fifth, Seventh, Ninth and Tenth Circuits
- U.S. District Court for the Northern District of Illinois, including Trial Bar

**Professional affiliations:**
- American Bar Association
- Illinois Bar Association
- Chicago Bar Association

Mr. Specks can be reached by email at: GSpecks@kaplanfox.com


**WILLIAM J. PINILIS** practices in the areas of commercial, consumer and securities class action litigation.

He has been associated with Kaplan Fox since 1999, and is resident in the firm's New Jersey office.

In addition to his work at the firm, Mr. Pinilis has served as an adjunct professor at Seton Hall School of Law since 1995, and is a lecturer for the New Jersey Institute for Continuing Legal Education.  He has lectured on consumer fraud litigation and regularly teaches the mandatory continuing legal education course Civil Trial Preparation.

Mr. Pinilis is the author of "Work-Product Privilege Doctrine Clarified," *New Jersey Lawyer*, Aug. 2, 1999; "Consumer Fraud Act Permits Private Enforcement," *New Jersey Law Journal*, Aug. 23, 1993; "Lawyer-Politicians Should Be Sanctioned for Jeering Judges," *New Jersey Law Journal*, July 1, 1996; "No  Complaint, No Memo – No Whistle-Blower Suit," *New Jersey Law Journal*, Sept. 16, 1996; and "The *Lampf* Decision: An appropriate Period of Limitations?" *New Jersey Trial Lawyer*, May 1992.

**Education:**
- B.A., Hobart College (1989)
- J.D., Benjamin Cardozo School of Law (1992)

**Bar affiliations and court admissions:**
- Bar of the State of New Jersey (1992)
- Bar of the State of New York (1993)
- U.S. District Courts for the District of New Jersey, and the Southern and Eastern Districts of New York

**Professional affiliations:**
- Morris County Bar Association
- New Jersey Bar Association
- Graduate, Brennan Inn of Court

Mr. Pinilis can be reached by email at: WPinilis@kaplanfox.com

**CHARLES J. MOXLEY, JR.**   Charles Moxley practices in the areas of securities, insurance, commercial, corporate, and general civil litigation, as well as performing arbitration and appellate work.  He has been associated with Kaplan Fox since 1994.

Mr. Moxley started his career as an associate at Davis Polk & Wardwell, and thereafter was a member of several New York City law firms.  He has also served as a law professor at St. John's University School of Law and as an adjunct professor at New York Law School, teaching courses in the litigation area, including federal and New York practice, evidence, and professional responsibility.   Mr. Moxley has been an arbitrator on numerous substantial arbitrations before the American Arbitration Association in the securities, contract, intellectual property, employment, construction, and other areas.  He has also served extensively as a special master in New York Supreme Court.

He is the author of *International Law and Nuclear Weapons in the Post Cold War World* (Austin & Winfield, 2000) (with forewords by Robert S. McNamara, David W. Leebron, and Kosta Tsipis).

Mr. Moxley's pro bono activities include service as Chair of the Independent Judicial Screening Committee for the designation of candidates for New York City Civil Judge.  He is also a member of the board of the Lawyers' Committee for Nuclear Policy and a former board member of the Lawyers Alliance for World Security.  In addition, he has served as New York City Law Industry Chair for the March of Dimes Walkathon.

During law school, Mr. Moxley served as managing editor of the Columbia Journal of Transnational Law.  He then served as law clerk to the Hon. Thomas F. Croake of the U.S. District Court for the Southern District of New York.

**Education:**
- B.A., Fordham University (1965)
- M.A., Fordham University (1966)
- J.D., Columbia University School of Law (1969)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1969)
- U.S. Supreme Court
- U.S. Courts of Appeals for the Second and Seventh Circuits
- U.S. District Courts for the Southern and Eastern Districts of New York

**Professional affiliations:**
- American Bar Association
- Association of the Bar of the City of New York
- New York State Bar Association
- New York County Lawyers Association

Mr. Moxley can be reached by email at: CMoxley@kaplanfox.com


**SUSAN R. SCHWAIGER** joined Kaplan Fox in February 2007. She practices in the area of antitrust law. Prior to joining the firm, Ms. Schwaiger was Of Counsel with Cohen, Milstein, Hausfeld & Toll, P.L.L.C. and Pomerantz Haudek Block Grossman & Gross LLP, practicing in the antitrust area, and an associate with Shearman & Sterling, where she practiced in all areas of litigation. During law school, Ms. Schwaiger was a member of the Brooklyn Law Review.

**Education:**
- B.S., University of Tennessee (1971)
- M.A., University of Kentucky (1973)
- J.D., Brooklyn Law School (1992)

**Bar affiliations and court admissions:**
- Bar of the State of New York (1993)
- U.S. District Courts for the Southern, Eastern and Northern Districts of New York

**Professional affiliations:**
- American Bar Association
- New York State Bar Association

Ms. Schwaiger can be reached by email at: SSchwaiger@kaplanfox.com

16

# EXHIBIT   F

# Morris James LLP

Founded in 1931, Morris James regularly tries cases in the District Court for the District of Delaware, as well as the Delaware Court of Chancery and Superior Court. The firm has experience in a broad range of business litigation, including litigation involving the fiduciary duties of officers and directors of corporations and class action litigation. The firm serves as one of the two Delaware firms representing the DuPont Company in litigation in Delaware.

**Edward M. McNally**

Edward M. McNally is a partner at Morris James. He is a graduate of the Columbia University School of Law (J.D. 1972) and has practiced law in Delaware for more than 30 years. He has represented parties in jury and bench trials in virtually every type of business dispute. Ed's "reputation . . . is excellent," as one recent judicial opinion noted and he "has very good judgment," according to *Chambers USA - America's Leading Lawyers for Business*.

His honors and awards include the 2007 Caleb R. Layton III Service Award for service to the U.S. District Court, recognition by *The Best Lawyers in America®,* Woodward/White, Inc., 2007, 2008, *Chambers USA – America's Leading Lawyers for Business,* 2005-2008, *Delaware Super Lawyers®,* 2007, 2008, and *Benchmark: Litigation*, 2009. He has a *Martindale-Hubbell* AV Rating.

**Matthew F. Lintner**

Matthew F. Lintner is a partner at Morris James. He is a graduate of the Stanford University School of Law (J.D. 1990), and was a member of the *Stanford Law Review*. He formerly served as a Deputy Attorney General for the State of California. He has litigated a

Morris James LLP

broad range of matters both in California and in Delaware, including corporate and alternative entity governance, fiduciary duties, intellectual property, noncompetition covenants and class actions.  He has a *Martindale-Hubbell* AV Rating.

Mr. McNally's and Mr. Lintner's combined business litigation and class action experience includes:

*Julian v. Eastern States Const. Serv., Inc.*, C.A. No. 1892-VCP, 2008 WL 2673300 (Del. Ch. July 8, 2008).

*In re Philadelphia Stock Exch., Inc.,* 945 A.2d 1123 (Del. 2008).

*Reserves Dev. LLC v. Severn Sav. Bank, FSB*, C.A. No. 2502-VCP, 2007 WL 4054231 (Del. Ch. Nov. 9, 2007).

*AT&T Corp. v. Clarendon American Ins. Co.,* 931 A.2d 409 (Del. 2007).

*North Am. Catholic Educ. Programming Found., Inc. v. Gheewalla*, 930 A.2d 92 (Del. 2007).

*In Re Audiovox Corp. Derivative Litig.*, Cons., C. A. No. 787-N (Del. Ch., May 11, 2007).

*McKee v. McKee*, C. A. No. 17773-VCN, 2007 WL 1378349 (Del. Ch., May 3, 2007).

*HIFN, Inc. v. Intel Corp.*, No.Civ.A. 1835-VCS, 2007 WL 1309376 (Del. Ch., May 2, 2007).

*AT&T Corp. v. Faraday Capital Ltd.*, 918 A.2d 1104 (Del. 2007).

*In re Fruehauf Trailer Corp.*, 444 F.3d 203 (3d Cir. (Del) 2006).

*Canadian Commercial Workers Indus. Pension Plan v. Alden*, C.A. No. 1184-N, 2006 WL 456786 (Del.Ch. Feb. 22, 2006).

*Black v. Hollinger Intern. Inc.,* 872 A.2d 559 (Del. 2005).

*Honeywell Intern. Inc. v. Air Prods. & Chems., Inc.*, 872 A.2d 944 (Del. 2005).

*Cede & Co. v. Joule, Inc.,* C.A. No. 696-N, 2005 WL 736689 (Del. Ch. Feb. 7, 2005).

*Saito v. McCall*, C.A. No. 17132-NC, 2004 WL 3029876 (Del. Ch. Dec. 20, 2004).

Morris James<sub>LLP</sub>

*Hollinger Intern. Inc. v. Black*, C.A. No. 183, 2004 WL 3048802 (Del. Ch. Nov. 04, 2004).

*Gotham Partners, L.P. v. Hallwood Realty Partners, L.P.*, 855 A.2d 1059 (Del. Ch. 2003).

*H-M Wexford LLC v. Encorp, Inc.*, 832 A.2d 129 (Del. Ch. 2003).

*EBS Litig. LLC v. Barclays Global Investors, N.A.*, 304 F.3d 302 (3d. Cir. (Del.) 2002).

*Linton v. Everett*, C.A. No. 15219, 1997 WL 441189 (Del. Ch. July 31, 1997).

*Valencia v. Blue Hen Conference*, 615 F.2d 1355 (3d Cir. (Del.) 1980).

*Evans v. Buchanan*, 582 F.2d 750 (3d Cir. (Del.) 1978).

1989003/1