# Exhibit 3

**Summary of Rudman Investors' Losses in Harris Stratex Networks, Inc. Securities (Class Period: Jan. 29, 2007 - July 30, 2008)**

| Account | No. of Shares Purchased | Expenditures | No. of Shares Sold | Proceeds | Retained Shares | Valuation | Damages |
|---|---|---|---|---|---|---|---|
| Rudman Partners, L.P. | 531,708 | $ 8,704,030 | 490,632 | $ 6,554,513 | 41,076 | $ 317,842 | $ 1,831,675 |
| Rudman International Fund, Ltd. | 76,025 | $ 1,238,704 | 69,925 | $ 940,472 | 6,100 | $ 47,201 | $ 251,030 |
| Rudman Partners II, L.P. | 67,675 | $ 1,107,508 | 62,000 | $ 823,845 | 5,675 | $ 43,913 | $ 239,750 |
| Errol M. Rudman | 65,050 | $ 1,087,999 | 61,050 | $ 844,450 | 4,000 | $ 30,952 | $ 212,597 |
| Phil Missner | 67,250 | $ 1,064,544 | 60,500 | $ 878,375 | 6,750 | $ 52,231 | $ 133,939 |
| Errol M. Rudman IRA Rollover | 41,150 | $ 645,089 | 36,600 | $ 522,814 | 4,550 | $ 35,207 | $ 87,068 |
| Errol M. Rudman Profit Sharing and 401K Plan | 17,400 | $ 272,964 | 15,500 | $ 221,470 | 1,900 | $ 14,702 | $ 36,792 |
| Errol M. Rudman IRA | 12,625 | $ 197,548 | 11,225 | $ 161,944 | 1,400 | $ 10,833 | $ 24,771 |
| Missner Capital Associates, L.P. | 2,125 | $ 38,147 | 2,125 | $ 21,683 | 0 | $ - | $ 16,464 |
| Errol M. Rudman Defined Benefit Plan | 4,625 | $72,806 | 4,100 | $ 58,680 | 525 | $ 4,062 | $ 10,064 |
| Nicholas Rudman | 400 | $ 7,435 | 250 | $ 3,810 | 150 | $ 1,161 | $ 2,465 |
| **Group Total** | **886,033** | **$ 14,436,774** | **813,907** | **$ 11,032,056** | **72,126** | **$ 558,104** | **$ 2,846,616** |

**Pursuant to PSLRA, retained holdings were valued at the average closing price of the shares during the 90 days following the close of the class period -- $7.7379.

**Loss Calculation in Harris Stratex Networks Common Stock -- Class Period: 1/29/07 to 7/30/08**

**Rudman Partners, L.P.**

| Date | Buy | Sell | | Price |
|---|---|---|---|---|
| 1/30/2007 | 287500 | | | 17.4088 |
| 5/2/2007 | 45400 | | | 15.6296 |
| 7/19/2007 | | 35500 | | 16.601 |
| 7/25/2007 | | 35800 | | 16.7289 |
| 7/27/2007 | | 14300 | | 16.2439 |
| 7/30/2007 | | 35500 | | 16.4688 |
| 8/6/2007 | | 32600 | | 17.3079 |
| 8/10/2007 | | 15000 | | 19.2737 |
| 8/13/2007 | | 19500 | | 19.322 |
| 8/16/2007 | | 1800 | | 18.3842 |
| 10/8/2007 | 16700 | | | 18.233 |
| 10/9/2007 | 48400 | | | 18.762 |
| 10/10/2007 | 33300 | | | 19.0038 |
| 10/11/2007 | 11000 | | | 18.7658 |
| 10/17/2007 | 1000 | | | 18.098 |
| 11/15/2007 | | 28300 | | 18.2178 |
| 12/18/2007 | | 28100 | | 15.85 |
| 1/31/2008 | 27000 | | | 10.7821 |
| 2/11/2008 | | 38300 | | 10.1432 |
| 3/10/2008 | | 65100 | | 9.5486 |
| 3/14/2008 | | 39532 | | 8.7968 |
| 5/9/2008 | 2900 | | | 9.6766 |
| 5/12/2008 | 28700 | | | 9.74 |
| 5/16/2008 | 29808 | | | 10.7615 |
| 7/1/2008 | | 81300 | | 9.5297 |
| 7/3/2008 | | 20000 | | 9.6286 |

| | | | Damages | |
|---|---|---|---|---|
| Shares Purchased | 531,708 | | Expenditures on shares purchased | $ 8,704,029.71 |
| Expenditures | $ 8,704,030 | | - Proceeds from shares purchased and sold | $ 6,554,512.76 |
| Shares Sold | 490,632 | | - Value of shares purchased and held | $ 317,841.98 |
| Proceeds | $ 6,554,513 | | | $ 1,831,674.97 |

## Loss Calculation in Harris Stratex Networks Common Stock -- Class Period: 1/29/07 to 7/30/08

| Shares Held | 41,076 |
|---|---|
| Value** | $ 317,842 |

**Pursuant to PSLRA, retained holdings were valued at the average closing price of the shares during the 90 days following the close of the class period -- $7.7379.

**Loss Calculation in Harris Stratex Networks Common Stock -- Class Period: 1/29/07 to 7/30/08**

**Rudman International Fund, Ltd.**

| Date | Buy | Sell | | Price |
|---|---|---|---|---|
| 1/30/2007 | 40725 | | | 17.3559 |
| 5/2/2007 | 6700 | | | 15.6264 |
| 7/24/2007 | | 4900 | | 16.601 |
| 7/25/2007 | | 5000 | | 16.7289 |
| 7/27/2007 | | 1900 | | 16.2439 |
| 7/30/2007 | | 5000 | | 16.4688 |
| 8/6/2007 | | 4700 | | 17.3079 |
| 8/10/2007 | | 2400 | | 19.2737 |
| 8/13/2007 | | 3600 | | 19.322 |
| 10/8/2007 | 2300 | | | 18.233 |
| 10/9/2007 | 6700 | | | 18.7601 |
| 10/10/2007 | 4900 | | | 19.0038 |
| 10/11/2007 | 1600 | | | 18.7682 |
| 11/15/2007 | | 4000 | | 18.2178 |
| 12/18/2007 | | 4100 | | 15.85 |
| 1/31/2008 | 4500 | | | 10.7821 |
| 2/11/2008 | | 6100 | | 10.1464 |
| 3/10/2008 | | 9025 | | 9.5486 |
| 3/14/2008 | | 5500 | | 8.7968 |
| 5/9/2008 | 400 | | | 9.6766 |
| 5/12/2008 | 4200 | | | 9.74 |
| 5/16/2008 | 4000 | | | 10.7783 |
| 7/1/2008 | | 11200 | | 9.5297 |
| 7/3/2008 | | 2500 | | 9.6286 |

| | | |
|---|---|---|
| Shares Purchased | 76,025 | |
| Expenditures | $ 1,238,704 | |
| Shares Sold | 69,925 | |
| Proceeds | $ 940,472 | |
| Shares Held | 6,100 | |

Damages   Expenditures on shares purchased
- Proceeds from shares purchased and sold
- Value of shares purchased and held

| | |
|---|---|
| $ | 1,238,703.51 |
| $ | 940,471.92 |
| $ | 47,201.19 |
| $ | 251,030.40 |

## Loss Calculation in Harris Stratex Networks Common Stock -- Class Period: 1/29/07 to 7/30/08

| | | | | |
|---|---|---|---|---|
| Value** | $ 47,201 | | | |

**Pursuant to PSLRA, retained holdings were valued at the average closing price of the shares during the 90 days following the close of the class period -- $7.7379.

Loss Calculation in Harris Stratex Networks Common Stock -- Class Period: 1/29/07 to 7/30/08

**Rudman Partners II, L.P.**

| Date | Buy | Sell | | Price |
|---|---|---|---|---|
| 1/30/2007 | 36075 | | | 17.4079 |
| 5/2/2007 | 5600 | | | 15.6295 |
| 7/24/2007 | | 5000 | | 16.601 |
| 7/25/2007 | | 4400 | | 16.7289 |
| 7/27/2007 | | 2000 | | 16.2439 |
| 7/30/2007 | | 4500 | | 16.4688 |
| 8/6/2007 | | 4000 | | 17.3079 |
| 8/13/2007 | | 3400 | | 19.322 |
| 10/8/2007 | 2100 | | | 18.233 |
| 10/9/2007 | 6300 | | | 18.7621 |
| 10/10/2007 | 4300 | | | 19.0038 |
| 10/11/2007 | 1400 | | | 18.7682 |
| 11/15/2007 | | 3700 | | 18.2178 |
| 12/18/2007 | | 3900 | | 15.85 |
| 1/31/2008 | 4000 | | | 11.7129 |
| 2/11/2008 | | 5500 | | 10.1454 |
| 3/10/2008 | | 8200 | | 9.5486 |
| 3/14/2008 | | 5000 | | 8.7968 |
| 5/9/2008 | 400 | | | 9.6766 |
| 5/12/2008 | 3900 | | | 9.74 |
| 5/16/2008 | 3600 | | | 10.7783 |
| 7/1/2008 | | 10000 | | 9.5297 |
| 7/3/2008 | | 2400 | | 9.6286 |

| | | | | |
|---|---|---|---|---|
| Shares Purchased | 67,675 | Damages | Expenditures on shares purchased | $ 1,107,507.66 |
| Expenditures | $ 1,107,508 | | - Proceeds from shares purchased and sold | $ 823,844.68 |
| Shares Sold | 62,000 | | - Value of shares purchased and held | $ 43,912.58 |
| Proceeds | $ 823,845 | | | |
| Shares Held | 5,675 | | | $ 239,750.40 |

Loss Calculation in Harris Stratex Networks Common Stock -- Class Period: 1/29/07 to 7/30/08

| Value** |
|---|
| $ 43,913 |

**Pursuant to PSLRA, retained holdings were valued at the average closing price of the shares during the 90 days following the close of the class period -- $7.7379.

Loss Calculation in Harris Stratex Networks Common Stock -- Class Period: 1/29/07 to 7/30/08

**Errol M. Rudman**

| Date | Buy | Sell | Price |
|---|---|---|---|
| 1/30/2007 | 39750 | | 17.3807 |
| 5/2/2007 | 5700 | | 15.631 |
| 7/24/2007 | | 4600 | 16.601 |
| 7/25/2007 | | 4800 | 16.7289 |
| 7/27/2007 | | 1800 | 16.2439 |
| 7/30/2007 | | 5000 | 16.4688 |
| 8/6/2007 | | 5300 | 17.3079 |
| 8/10/2007 | | 2600 | 19.2737 |
| 8/13/2007 | | 3100 | 19.322 |
| 8/16/2007 | | 400 | 18.3842 |
| 10/8/2007 | 1900 | | 18.233 |
| 10/9/2007 | 5500 | | 18.767 |
| 10/10/2007 | 3800 | | 19.0038 |
| 10/11/2007 | 1200 | | 18.7682 |
| 11/15/2007 | | 3300 | 18.2178 |
| 12/18/2007 | | 3200 | 15.85 |
| 1/31/2008 | 3000 | | 10.7821 |
| 2/11/2008 | | 4400 | 10.1409 |
| 3/10/2008 | | 7850 | 9.5486 |
| 3/14/2008 | | 4900 | 8.7968 |
| 5/9/2008 | 200 | | 9.6766 |
| 5/12/2008 | 1900 | | 9.74 |
| 5/16/2008 | 2100 | | 10.7783 |
| 7/1/2008 | | 7800 | 9.5297 |
| 7/3/2008 | | 2000 | 9.6286 |

| | | |
|---|---|---|
| Shares Purchased | 65,050 | Damages |
| Expenditures | $ 1,087,999 | - Expenditures on shares purchased |
| Shares Sold | 61,050 | - Proceeds from shares purchased and sold |
| Proceeds | $ 844,450 | - Value of shares purchased and held |

| | |
|---|---|
| | $ 1,087,999.06 |
| | $ 844,450.10 |
| | $ 30,951.60 |
| | $ 212,597.36 |

## Loss Calculation in Harris Stratex Networks Common Stock -- Class Period: 1/29/07 to 7/30/08

| Shares Held | 4,000 |
| --- | --- |
| Value** | $ 30,952 |

**Pursuant to PSLRA, retained holdings were valued at the average closing price of the shares during the 90 days following the close of the class period -- $7.7379.

Loss Calculation in Harris Stratex Networks Common Stock -- Class Period: 1/29/07 to 7/30/08

**Phil Missner**

| Date | Buy | Sell | Price |
|---|---|---|---|
| 1/30/2007 | 43750 | | 17.7867 |
| 5/2/2007 | 8000 | | 15.6295 |
| 7/5/2007 | | 6000 | 17.7706 |
| 7/6/2007 | | 6000 | 17.4286 |
| 7/19/2007 | | 2000 | 17.7219 |
| 8/6/2007 | | 5500 | 17.3079 |
| 8/13/2007 | | 7000 | 19.322 |
| 11/15/2007 | | 5000 | 18.2178 |
| 12/18/2007 | | 5000 | 15.85 |
| 1/31/2008 | 5000 | | 10.7821 |
| 2/11/2008 | | 7000 | 10.1441 |
| 3/10/2008 | | 4500 | 9.5486 |
| 3/14/2008 | | 3000 | 8.7968 |
| 5/9/2008 | 500 | | 9.6766 |
| 5/12/2008 | 5000 | | 9.74 |
| 5/16/2008 | 5000 | | 10.7783 |
| 7/1/2008 | | 9000 | 9.5297 |
| 7/3/2008 | | 500 | 9.6286 |

| | | |
|---|---|---|
| Shares Purchased | 67,250 | |
| Expenditures | $ 1,064,544 | |
| Shares Sold | 60,500 | |
| Proceeds | $ 878,375 | |
| Shares Held | 6,750 | |
| Value** | $ 52,231 | |

| Damages | | |
|---|---|---|
| | Expenditures on shares purchased | $ 1,064,544.43 |
| - | Proceeds from shares purchased and sold | $ 878,374.85 |
| - | Value of shares purchased and held | $ 52,230.83 |
| | | $ 133,938.75 |

**Pursuant to PSLRA, retained holdings were valued at the average closing price of the shares during the 90 days following the close of the class period -- $7.7379.

**Loss Calculation in Harris Stratex Networks Common Stock -- Class Period: 1/29/07 to 7/30/08**

**Errol M. Rudman IRA Rollover**

| Date | Buy | Sell | | Price |
|---|---|---|---|---|
| 1/30/2007 | 26100 | | | 17.7729 |
| 5/2/2007 | 4700 | | | 15.6276 |
| 7/5/2007 | | 3500 | | 17.7706 |
| 7/6/2007 | | 4000 | | 17.4286 |
| 7/19/2007 | | 1100 | | 17.7219 |
| 8/6/2007 | | 3500 | | 17.3079 |
| 8/13/2007 | | 2800 | | 19.322 |
| 8/16/2007 | | 200 | | 18.3842 |
| 11/15/2007 | | 3100 | | 18.2178 |
| 12/18/2007 | | 3100 | | 15.85 |
| 1/31/2008 | 3500 | | | 10.7821 |
| 2/11/2008 | | 4700 | | 10.1471 |
| 3/10/2008 | | 2900 | | 9.5486 |
| 3/14/2008 | | 1800 | | 8.7968 |
| 5/9/2008 | 200 | | | 9.6766 |
| 5/12/2008 | 3450 | | | 9.74 |
| 5/16/2008 | 3200 | | | 10.7783 |
| 7/1/2008 | | 5900 | | 9.5297 |

| | | | |
|---|---|---|---|
| Shares Purchased | 41,150 | Damages | Expenditures on shares purchased |
| | | - | Proceeds from shares purchased and sold |
| Expenditures | $ 645,089 | - | Value of shares purchased and held |
| Shares Sold | 36,600 | | |
| Proceeds | $ 522,814 | | |
| Shares Held | 4,550 | | |
| Value** | $ 35,207 | | |

| | |
|---|---|
| | $ 645,088.64 |
| | $ 522,813.64 |
| | $ 35,207.45 |
| | $ 87,067.55 |

**Pursuant to PSLRA, retained holdings were valued at the average closing price of the shares during the 90 days following the close of the class period -- $7.7379.

Case 1:08-cv-00755-LPS   Document 26-3   Filed 11/14/08   Page 13 of 17 PageID #: 330

## Loss Calculation in Harris Stratex Networks Common Stock -- Class Period: 1/29/07 to 7/30/08

### Errol M. Rudman Profit Sharing and 401K Plan

| Date | Buy | Sell | Price | | |
|---|---|---|---|---|---|
| 1/30/2007 | 11100 | | 17.7936 | | |
| 5/2/2007 | 1900 | | 15.631 | | |
| 7/5/2007 | | 1500 | 17.7706 | | |
| 7/6/2007 | | 1600 | 17.4286 | | |
| 7/19/2007 | | 500 | 17.7219 | | |
| 8/6/2007 | | 1500 | 17.3079 | | |
| 8/13/2007 | | 1300 | 19.322 | | |
| 11/15/2007 | | 1300 | 18.2178 | | |
| 12/18/2007 | | 1300 | 15.85 | | |
| 1/31/2008 | 1500 | | 10.7821 | | |
| 2/11/2008 | | 2000 | 10.1477 | | |
| 3/10/2008 | | 1200 | 9.5486 | | |
| 3/14/2008 | | 700 | 8.7968 | | |
| 5/9/2008 | 200 | | 9.6766 | | |
| 5/12/2008 | 1400 | | 9.74 | | |
| 5/16/2008 | 1300 | | 10.7783 | | |
| 7/1/2008 | | 2500 | 9.5297 | | |
| 7/3/2008 | | 100 | 9.6286 | | |
| Shares Purchased | 17,400 | | Damages | | |
| Expenditures | $ 272,964 | | | Expenditures on shares purchased | $ 272,964.12 |
| Shares Sold | 15,500 | | - | Proceeds from shares purchased and sold | $ 221,469.79 |
| Proceeds | $ 221,470 | | - | Value of shares purchased and held | $ 14,702.01 |
| Shares Held | 1,900 | | | | |
| Value** | $ 14,702 | | | | $ 36,792.32 |

**Pursuant to PSLRA, retained holdings were valued at the average closing price of the shares during the 90 days following the close of the class period -- $7.7379.

Loss Calculation in Harris Stratex Networks Common Stock -- Class Period: 1/29/07 to 7/30/08

**Errol M. Rudman IRA**

| Date | Buy | Sell | Other | Other type | Price | |
|---|---|---|---|---|---|---|
| 1/30/2007 | 7975 | | | | 17.7975 | |
| 5/2/2007 | 1400 | | | | 15.6336 | |
| 7/5/2007 | | 1100 | | | 17.7706 | |
| 7/6/2007 | | 1200 | | | 17.4286 | |
| 7/19/2007 | | 400 | | | 17.7219 | |
| 8/6/2007 | | 1000 | | | 17.3079 | |
| 8/13/2007 | | 1000 | | | 19.322 | |
| 11/15/2007 | | 1000 | | | 18.2178 | |
| 12/18/2007 | | 1000 | | | 15.85 | |
| 1/31/2008 | 1100 | | | | 10.7821 | |
| 2/11/2008 | | 1500 | | | 10.146 | |
| 3/10/2008 | | 825 | | | 9.5486 | |
| 3/14/2008 | | 500 | | | 8.7968 | |
| 5/9/2008 | 150 | | | | 9.6766 | |
| 5/12/2008 | 1100 | | | | 9.74 | |
| 5/16/2008 | 900 | | | | 10.7783 | |
| 7/1/2008 | | 1700 | | | 9.5297 | |
| Shares Purchased | 12,625 | | Damages | Expenditures on shares purchased | | $ 197,548.37 |
| | | | | - Proceeds from shares purchased and sold | | $ 161,943.93 |
| Expenditures | $ 197,548 | | | - Value of shares purchased and held | | $ 10,833.06 |
| Shares Sold | 11,225 | | | | | |
| Proceeds | $ 161,944 | | | | | $ 24,771.39 |
| Shares Held | 1,400 | | | | | |
| Value** | $ 10,833 | | | | | |

**Pursuant to PSLRA, retained holdings were valued at the average closing price of the shares during the 90 days following the close of the class period -- $7.7379.

**Loss Calculation in Harris Stratex Networks Common Stock -- Class Period: 1/29/07 to 7/30/08**

**Missner Capital Associates, L.P.**

| Date | Buy | Sell | Other | Other type | Price |
|---|---|---|---|---|---|
| 1/30/2007 | 1125 | | | | 17.5492 |
| 10/9/2007 | 1000 | | | | 18.4045 |
| 3/6/2008 | | 1000 | | | 9.9171 |
| 4/3/2008 | | 1125 | | | 10.4588 |

| | | | | |
|---|---|---|---|---|
| Shares Purchased | 2,125 | Damages | Expenditures on shares purchased | $ 38,147.35 |
| Expenditures | $ 38,147 | | - Proceeds from shares purchased and sold | $ 21,683.25 |
| Shares Sold | 2,125 | | - Value of shares purchased and held | $ - |
| Proceeds | $ 21,683 | | | $ 16,464.10 |
| Shares Held | 0 | | | |
| Value** | $ - | | | |

**Pursuant to PSLRA, retained holdings were valued at the average closing price of the shares during the 90 days following the close of the class period -- $7.7379.

**Loss Calculation in Harris Stratex Networks Common Stock -- Class Period: 1/29/07 to 7/30/08**

**Errol M. Rudman Defined Benefit Plan**

| Date | Buy | Sell | | Price |
|---|---|---|---|---|
| 1/30/2007 | 2925 | | | 17.7721 |
| 5/2/2007 | 600 | | | 15.6392 |
| 7/5/2007 | | 400 | | 17.7706 |
| 7/6/2007 | | 500 | | 17.4286 |
| 7/19/2007 | | 200 | | 17.7219 |
| 8/6/2007 | | 400 | | 17.3079 |
| 8/13/2007 | | 300 | | 19.322 |
| 11/15/2007 | | 300 | | 18.2178 |
| 12/18/2007 | | 300 | | 15.85 |
| 1/31/2008 | 400 | | | 10.7821 |
| 2/11/2008 | | 500 | | 10.1526 |
| 3/10/2008 | | 400 | | 9.5486 |
| 3/14/2008 | | 200 | | 8.7968 |
| 5/9/2008 | 50 | | | 9.6766 |
| 5/12/2008 | 350 | | | 9.74 |
| 5/16/2008 | 300 | | | 10.7783 |
| 7/1/2008 | | 600 | | 9.5297 |

| | | | |
|---|---|---|---|
| Shares Purchased | 4,625 | Damages | |
| | | Expenditures on shares purchased | |
| Expenditures | $ 72,806 | - Proceeds from shares purchased and sold | $ 72,806.07 |
| | | - Value of shares purchased and held | $ 58,679.94 |
| Shares Sold | 4,100 | | $ 4,062.40 |
| Proceeds | $ 58,680 | | |
| Shares Held | 525 | | |
| Value** | $ 4,062 | | $ 10,063.74 |

**Pursuant to PSLRA, retained holdings were valued at the average closing price of the shares during the 90 days following the close of the class period -- $7.7379.

# Loss Calculation in Harris Stratex Networks Common Stock -- Class Period: 1/29/07 to 7/30/08

## Nicholas Rudman

| Date | Buy | Sell | Price | | |
|---|---|---|---|---|---|
| 10/9/2007 | 100 | | 18.4045 | | |
| 10/11/2007 | 300 | | 18.65 | | |
| 1/8/2008 | | 200 | 16.57 | | |
| 3/6/2008 | | 50 | 9.9171 | | |

| | | | Damages | | |
|---|---|---|---|---|---|
| Shares Purchased | 400 | | Expenditures on shares purchased | $ | 7,435.45 |
| Expenditures | $ 7,435 | | - Proceeds from shares purchased and sold | $ | 3,809.86 |
| Shares Sold | 250 | | - Value of shares purchased and held | $ | 1,160.69 |
| Proceeds | $ 3,810 | | | $ | 2,464.91 |
| Shares Held | 150 | | | | |
| Value** | $ 1,161 | | | | |

**Pursuant to PSLRA, retained holdings were valued at the average closing price of the shares during the 90 days following the close of the class period -- $7.7379.